# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

CASE NUMBER: 3:02CV1232-PCD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Galen Institute, LLC

_October 10, 2003_
Date

_ct14221_
Connecticut Federal Bar Number

_(860) 643-0318_
Telephone Number

_(860) 643-2725_
Fax Number

E-mail address

Signature

Thomas A. Amato
Print Clearly or Type Name

_357 East Center Street_
Address

Manchester, CT 06040

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Gregory J. Curtin
Genovese, Vehlsage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001