UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JIM LATTANZIO, AT EL<br>PLAINTIFFS | )<br>)<br>) CASE NO. 3:02CV1232 (PCD)<br>)<br>) MOTION TO JOIN IN<br>vs.  ) ADDITIONAL PARTIES<br>) AS DEFENDANTS<br>)<br>COMMISSION ON MASSAGE THERAPY )<br>ACCREDITATION (COMTA), ET AL )<br>DEFENDANTS )   OCTOBER 17, 2003 |

Now comes the Plaintiff Jim Lattanzio and hereby moves this Honorable Court to grant this motion to "Join Into" the above-captioned matter the following two parties as additional named defendants:

American Massage Therapy Association, Inc., (AMTA)
820 Davis Street, Suite 100
Evanston, IL 60201

Connecticut Center for Massage Therapy, Inc., (CCMT)
75 Kitts Lane
Newington, CT 06111

As grounds therefore, the Plaintiff states the following:

1. As recently as July through September, 2003, new information, actions and written admissions by the defendant COMTA has caused the plaintiffs to make this motion to properly name and include all real parties to this action.

2. Pursuant to FRCP 17(a), the above parties are in addition to COMTA "real parties in interest" and therefore should be named as defendants.

3. The plaintiff makes this motion pursuant to FRCP 19(a) (1).

4. That counsel for the defendants, on October 14 expressed to counsel for plaintiff Galen Institute no objection to joining in of the above named parties.

5. That upon the granting of this motion the plaintiffs will require and make motion to amend their complaint, file and serve said on all parties.

6. That accordingly and in compliance with the supplemental order of Judge Dorsey, paragraph 3, the plaintiffs have presented this motion first to counsel for defendants on September 29, 2003 for agreement or objection to and filed certification of such to this Court.

7. That this motion is now being filed with consent or without objection of all parties.

BY
JIM LATTANZIO, PRO SE

*Jim Lattanzio*

Jim Lattanzio, pro se
c/o Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT 06109
Ph: (860) 721-1904
Fx: (860) 257-4514

## CERTIFICATION OF SERVICE

This is to certify that on October 17, 2003, via US mail, first class, postage paid, and in compliance with supplemental order paragraph 3 of Judge Dorsey, a copy of the above MOTION TO JOIN IN ADDITIONAL PARTIES was mailed to the following:

Greg Curtin, counsel for defendant, COMTA
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067

Thomas A Amato, counsel for plaintiff, Galen Institute
357 East Center Street
Manchester, CT 06040

BY
JIM LATTANZIO, PRO SE

*Jim Lattanzio*

Jim Lattanzio, pro se