GRANTED absent opposition. Plaintiff shall within 30 days move for judgment on the default (F.R.C.P. 55(b)), failing which the case will be dismissed for failure to prosecute. F.R.C.P.41. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

10/23/03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JIM LATTANZIO, INDIVIDUALLY )
&  )
GALEN INSTITUTE LLC, ACTING BY )   CASE NO. 3:02CV1232 (PCD)
JIM LATTANZIO, ITS SOLE MEMBER )
PLAINTIFFS )
 )
 )   MOTION FOR DEFAULT
vs. )   JUDGMENT FOR FAILURE
 )   TO MAKE DISCLOSE
COMMISSION ON MASSAGE THERAPY )   STATEMENT
ACCREDITATION (COMTA), ET AL )
DEFENDANTS )   SEPTEMBER 28, 2003

Now come the Plaintiffs and they hereby move this Honorable Court to enter a Default Judgment against the Defendants in the above-captioned matter for failure to make corporate disclosure as ordered in the Special Orders issued by this Court. As grounds therefore, the Plaintiffs state the following:

1. On August 22, 2002 and pursuant to FRCP 4, Service of Summons and civil complaint was made on all Defendants collectively.

2. Within the Service of Summons and complaint were attached the <u>order re: disclosure statement</u>, special orders from this court requiring all parties to disclose within its initial pleadings, all parent corporate holdings.

3. The defendants have since filed numerous pleadings and have failed to make this disclosure.

4. The plaintiff has since learned through the defendant's admissions that the defendant COMTA is not a legal entity but a quasi DBA of the American Massage Therapy Association, Inc., (hereinafter AMTA).