FILED

Nov 3  3 26 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, and JIM LATTANZIO<br>Plaintiff | CASE NUMBER:<br>3:02CV1232-PCD |
| vs. | |
| COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF, Individually and as Executive Director of COMTA<br>Defendant. | November 3, 2003 |

## MOTION TO OPEN DEFAULT

Pursuant to FRCP 55(c), the defendants respectfully move this court to open default entered on October 23, 2003 in regard to the plaintiff's motion, entitled Motion for Default Judgment for Failure to Make Disclosure Statement, which was filed on September 28, 2003, as it was not served on these defendants. In addition, the defendants were never notified by the plaintiff that the motion had been filed, nor was any attempt made to discuss the matter prior to filing.

On August 22, 2002 suit was filed by the plaintiffs, Galen Institute, LLC, and Jim Lattanzio versus the defendant, COMTA, Commission on Massage Therapy Accreditation and Carole Ostendorf, individually and as executive director of COMTA. Suit was filed against the defendants in seven counts. An Answer was filed by the defendants on

November 26, 2002. The defendants filed the Answer with denials of all counts with no affirmative defenses. Discovery is ongoing and the deposition of the plaintiff, Jim Lattanzio, is scheduled for Thursday, November 6, 2003.

In regards to the Disclosure Statement, COMTA is a Committee within the body of AMTA, as it's accreditation arm. AMTA partially funds COMTA. COMTA is simply a part of AMTA. COMTA is not separately incorporated. AMTA is a <u>not for profit, non-stock association</u> incorporated in Delaware. In defendants' answer to plaintiff's complaint dated November 26, 2002, in response to Count Four, Paragraph 43, the defendants denied the allegation, but stated that COMTA discloses to each accreditation applicant that they are an independent, non-profit accreditation agency, which relates to their requirements with the United States Department of Education's separate and independent status relating to opposing organizations, and COMTA is an affiliate of AMTA, a registered non-profit association in the state of Illinois. There exists no parent corporation. It is the defendants' position that they did not need to execute the Disclosure Statement for reasons already discussed in that AMTA is <u>not</u> COMTA's parent corporation. In fact, the plaintiff has filed a motion to join in additional parties as defendants on September 29, 2003 for AMTA, American Massage Therapy Association, and in addition, Connecticut Center for Massage Therapy, Inc., CCMT. The plaintiffs had now potentially moved to join the

appropriate party as the AMTA, American Massage Therapy Association.

The defendants respectfully request that the Motion for Default for Failure to Make Disclosure Statement be opened for good cause shown in that, again, the defendants did not receive a copy of said motion in order to respond. In addition, the defendants contest the allegations made by the plaintiffs in their original complaint and do have a Prima Facie meritorious defense.

>RESPECTFULLY SUBMITTED,
>DEFENDANTS
>COMTA, ET AL.,
>
>By: _____
>Gregory J. Curtin
>Genovese, Vehslage & Chapman
>500 Enterprise Drive
>Rocky Hill, CT 06067
>(860)513-3760
>Federal Bar #10877

## **ORDER**

The foregoing motion having been heard, the same is hereby GRANTED/DENIED.

BY THE COURT

_____
Judge

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 3rd day of November, 2003, to the following counsel of record and pro se parties:

    Attorneys for Plaintiffs, Galen Institute
    Thomas Amato
    357 East Center Street
    Manchester, CT 06040

    Attorneys for Plaintiff, Jim Lattanzio
    Jim Lattanzio
    Pro Se
    Galen Institute
    1025 Silas Deane Highway
    Wethersfield, CT 06109

_____
Gregory J. Curtin

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, and JIM LATTANZIO<br>    Plaintiff | :<br>:   CASE NUMBER:<br>:   3:02CV1232-PCD<br>: |
| vs. | :<br>: |
| COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF, Individually and as Executive Director of COMTA<br>    Defendant. | :   November 3, 2003 |

## AFFIDAVIT

STATE OF CONNECTICUT    )
                                     )   ss Rocky Hill
COUNTY OF HARTFORD    )

BEFORE ME, the undersigned authority, personally appeared, Gregory J. Curtin, who, being by me first duly sworn, deposes and says as follows:

1. I am over the age of 18 years and believe in the obligation of an oath.

2. This office was not served by the plaintiff on their Motion for Default Judgment for Failure to Make a Disclosure Statement so it could not respond.

3. No attempt was made by the plaintiff to correspond with the defendants in

reference to said motion, or in any way contact the defendants to attempt to address any issues contained in the default motion.

 4. The defendants have a Prima Facie meritorious defense to the counts complained of in plaintiff's complaint.

             _____
             Gregory J. Curtin
             Genovese, Vehslage & Chapman

Subscribed and sworn to before me this 3rd day of November, 2003.

             _____
             Notary Public
             My Commission Expires: 4-30-06