ORIG Court
CPY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 10  3 27 PM '03
NEW HAVEN, CONN.

| | |
|---|---|
| JIM LATTANZIO, INDIVIDUALLY<br>&<br>GALEN INSTITUTE LLC, ACTING BY<br>JIM LATTANZIO, ITS SOLE MEMBER<br>PLAINTIFFS<br><br>vs.<br><br>COMMISSION ON MASSAGE THERAPY<br>ACCREDITATION (COMTA), ET AL<br>DEFENDANTS | CASE NO. 3:02CV1232 (PCD)<br><br>PLAINTIFFS OBJECTION<br>TO DEFENDANTS FILING A<br>MOTION TO OPEN DEFAULT<br>DIRECTLY TO COURT<br><br>NOVEMBER 7, 2003 |

Now comes the plaintiff Jim Lattanzio and hereby moves this Honorable Court to REJECT the filing of the defendants MOTION TO OPEN DEFAULT, dated November 3, 2003 in the above-captioned matter, for failure to follow the SUPPLEMENTAL ORDER titled, MOTION FILING PROCEDURES BEFORE JUDGE DORSEY. As grounds therefore, the Plaintiff states the following:

1. That at the onset of this action, the plaintiff provided the defendants with a copy of the supplemental order for filing motions before Judge Dorsey;

2. On November 6, 2003 in a deposition before the defendants, this plaintiff learned that the defendants filed the above referenced motion to open directly to this Court and not in compliance with the supplemental order;

3. That the defendants failed to communicate their intentions of such motion to the plaintiff first, prior to the submission to this Court;

4. That the defendants did not provide the plaintiff with an opportunity (21) days to stipulate or oppose said motion and file same;

5. That the defendants failed to file a certification statement, that they complied with the supplemental order, motion-filing procedures before Judge Dorsey.

**Wherefore**, the defendants failed to comply with Judge Dorsey's supplemental order, paragraphs 2, 3, 5c and 7b and therefore their motion to open default should not be accepted by this Court according to paragraph 8 of said supplemental order, until such time as the defendants fully comply with said order.

BY
JIM LATTANZIO

Jim Lattanzio, pro se, c/o
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT 06109
(860) 721-1904

## CERTIFICATION OF SERVICE

This is to certify that on November 7, 2003, via US mail, first class, postage paid, a copy of the above PLAINTIFFS OBJECTION was mailed to the following:

Counsel for defendants
Greg Curtin
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067

Counsel for Galen Institute
Thomas A. Amato
357 E. Center Street
Manchester, CT 06040

BY
JIM LATTANZIO

2