

*[Handwritten margin annotation: "DENIED for failure to comply with the service/filing requirements of this Court's Supplemental Order. SO ORDERED. Peter C. Dorsey, U.S. District Judge  11/14/03"]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC, and JIM LATTANZIO<br>Plaintiff | : | CASE NUMBER:<br>3:02CV1232-PCD |
| vs. | : | |
| COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF, Individually and as Executive Director of COMTA<br>Defendant. | : | November 3, 2003 |

### MOTION TO OPEN DEFAULT

Pursuant to FRCP 55(c), the defendants respectfully move this court to open default entered on October 23, 2003 in regard to the plaintiff's motion, entitled Motion for Default Judgment for Failure to Make Disclosure Statement, which was filed on September 28, 2003, as it was not served on these defendants. In addition, the defendants were never notified by the plaintiff that the motion had been filed, nor was any attempt made to discuss the matter prior to filing.

On August 22, 2002 suit was filed by the plaintiffs, Galen Institute, LLC, and Jim Lattanzio versus the defendant, COMTA, Commission on Massage Therapy Accreditation and Carole Ostendorf, individually and as executive director of COMTA. Suit was filed against the defendants in seven counts. An Answer was filed by the defendants on