UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 24  3 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JIM LATTANZIO, ET AL )
)
) CASE NO. 3:02CV1232 (PCD)
)
PLAINTIFFS )
)
) MOTION FOR JUDGMENT
vs. ) UPON THE DEFAULT
)
COMMISSION ON MASSAGE THERAPY )
ACCREDITATION (COMTA), ET AL )
DEFENDANTS ) NOVEMBER 21, 2003

Now comes the plaintiff, pursuant to FRCP 55 (b) and hereby moves this Honorable Court to enter a Judgment upon Default against the above defendants in the above captioned matter. As grounds therefore, the plaintiff states the following:

1. On September 28, 2003 and this plaintiff filed a motion for default against the above named defendants, for failure to disclose;

2. On October 23, 2003 said motion was granted, motion list no. 23/26 with order that a judgment on default must be filed within 30 days thereof;

3. On November 3, 2003 the defendants filed a motion to open the default, claiming among other defenses, they did not receive said plaintiffs motion for default;

4. Defendants motion to open the default was denied for failure to comply with the special filing orders of this Court.

Whereas, the ordered time of 30 days has not occurred as of today's date. The plaintiff submits this above motion for judgment on default to preserve his rights under

this matter and further asks this Court, that if upon the granting thereof, that a hearing in damages be scheduled.

BY
JIM LATTANZIO

*Jim Lattanzio*

Jim Lattanzio, pro se
C/o Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT 06109
(860) 721-1904

### CERTIFICATION OF SERVICE

This is to certify that on November 21, 2003, via US mail, first class, postage paid, a copy of the above MOTION FOR JUDGMENT UPON THE DEFAULT was mailed to the following:

Counsel for all defendants

Greg Curtin
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067

Counsel for plaintiff Galen Institute

Thomas A. Amato
357 East Center Street
Manchester, CT 06040

BY
JIM LATTANZIO

*Jim Lattanzio*

1. I am over eighteen (18) and I understand and appreciate the obligations of an oath within an affidavit.
2. I personally reside at, 344 Scotland Road, Windham CT. 06280.
3. I am a plaintiff in this referenced matter.
4. I have reviewed the paragraphs within the attached "Motion for Judgment."
5. I hereby state under oath that they accurate and true representations.

*James Lattanzio*
James Lattanzio

STATE OF CONNECTICUT)