FILED

Nov 24  2 29 PM '03

U.S. DISTRICT COURT
AT NEW HAVEN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC, and JIM LATTANZIO | : | |
| Plaintiff | : | CASE NUMBER: 3:02CV1232-PCD |
| | : | |
| vs. | : | |
| | : | |
| COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF, Individually and as Executive Director of COMTA | : | November 21, 2003 |
| Defendant. | | |

## CERTIFICATION OF SERVICE

This is to certify that on November 21, 2003, via US mail, first class, postage paid, and in compliance with Judge Dorsey's Supplemental Order, the defendants have filed a Motion to Open Default on the following parties:

Attorneys for Plaintiffs, Galen Institute
Thomas Amato
357 East Center Street
Manchester, CT  06040

Attorneys for Plaintiff, Jim Lattanzio
Jim Lattanzio
Pro Se
Galen Institute
1025 Silas Deane Highway
Wethersfield, CT  06109

DEFENDANT
COMTA, ET AL.,

By: _____
Gregory J. Curtin
THEIR Attorney