FILED

Dec 23  12:45 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GALEN INSTITUTE, LLC ET AL.    :    DOCKET NO. 3:02CV1232-PCD

v.                             :

COMTA ET AL.                   :    DECEMBER 19, 2003

### CERTIFICATION OF SERVICE

This is to certify that on December 19, 2003, pursuant to supplemental order number 3, the plaintiffs in the above-entitled action have served a Motion to Amend Complaint on the following party:

Gregory J. Curtin, Esq.
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067

                        Galen Institute, LLC

                        By _____
                            Thomas A. Amato
                            Its Attorney

                        _____
                        James J. Lattanzio, Pro se

This is to certify that on December 22, 2003 a copy of the foregoing Certification was mailed to all counsel and pro se parties of record, particularly:

Gregory J. Curtin
500 Enterprise Drive
Rocky Hill, CT 06067

James J. Lattanzio, Jr.
1025 Silas Deane Highway
Wethersfield, CT 06109

_____
Thomas A. Amato

2