## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JIM LATTANZIO, ET AL. | : |
| | : |
| VS. | :   CASE NO. 3:02CV1232 (PCD) |
| | : |
| COMMISSION ON MASSAGE THERAPY ACCREDITATION (COMTA), ET AL. | : |

## ENDORSEMENT ORDER

The Motion for Judgment Upon the Default, document no. 30, is GRANTED absent opposition. A hearing on damages is hereby scheduled for February 9, 2004, at 11:00 a.m.

SO ORDERED. Dated at New Haven, Connecticut, this 28th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court