UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GALEN INSTITUTE, LLC ET AL    :

    VS.    : Case No. 3:02CV01232(PCD)

COMTA, COMMISSION ON MASSAGE    :
    Therapy et al    :

ORDER RE SCHEDULING

    Pending is a hearing in damages, scheduled for February 9, 2004, at 10 AM. Because of an impending motion to open the default on which the hearing is premised, the hearing may become an exercise in futility, for the court as well as counsel and the parties. Resolution of the defendants' asserted right to contest the merits of the case is found to justify deferral of further proceedings based on the default previously entered herein. Accordingly the February 9 hearing is postponed. Defendant will serve and file its Motion to Vacate Judgment and Set Aside Default, dated February 9, 2004, an advance copy of which has been provided to the court at the court's request. Not later than February 20, 2004, plaintiffs shall respond to that motion and defendants' prior Motion to Open Default, service of which on plaintiffs' counsel on November 21, 2003, has not resulted in an opposition thereto being served nor has that Motion been filed in court. Defendants shall also by February 20, 2004, respond to the disclosure order served with the complaint and which was the subject of the plaintiffs' motion dated September 28, 2003, a copy of which plaintiffs shall supply to defendants.

    The confusion which reigns in this case is the result of a multiplicity of deficiencies on both sides. Efficient and effective movement of this case to a resolution determinative of the rights of both sides requires the court's determination of the above noted matters and a subsequent order for the parties being prepared to try the remaining issues.

    SO ORDERED:

Dated at New Haven, Connecticut this 6th day of February, 2004

    /s/
    PETER C. DORSEY
    UNITED STATES DISTRICT JUDGE