FILED

FEB 20  3 06 PM '04

U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GALEN INSTITUTE, LLC, and JIM LATTANZIO : | |
| Plaintiff : | CASE NUMBER: 3:02CV1232-PCD |
| : | |
| vs. : | |
| : | |
| COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF, Individually and as Executive Director of COMTA : | November 21, 2003 |
| Defendant. | |

**MOTION TO OPEN DEFAULT**

Now comes the defendant, Commission on Massage Therapy Accreditation (COMTA), Et Al, hereby moves this Honorable Court to open default entered on October 23, 2003 in regard to the plaintiff's motion, entitled Motion for Default Judgment for Failure to Make Disclosure statement, which was filed on September 28, 2003. As grounds therefore, the defendant states the following:

1. On August 22, 2002, suit was filed by the plaintiffs, Galen Institute, LLC, and Jim Lattanzio versus the defendants, COMTA, Commission on Massage Therapy Accreditation and Carole Ostendorf, individually and as Executive Director of COMTA. Suit was filed against the defendants in seven counts.

2. An Answer was filed by the defendants on November 26, 2002. The

defendants filed the Answer with denials on all counts with no affirmative defenses.

3. Discovery is ongoing and the deposition of the plaintiff, Jim Lattanzio, was scheduled and did go forward on November 6, 2003. It will be continued.

4. These defendants received from the Court a copy of a Motion for Default Judgment for Failure to Make Disclosure Statement, which was granted by Judge Dorsey on October 23, 2003. The motion was received on October 31, 2003. The motion was granted without opposition.

5. This office was not served by the plaintiff with said motion, therefore no opposition papers were filed.

6. Pursuant to the Supplemental Order entitled Motion Filing Procedure Before Judge Dorsey, no attempt was made to consult this office to attempt to reach an agreement so as to bring the motion to the attention of the defendants, although opportunities had been available through telephone conversations dated as late as October 14, 2003.

7. In regards to the Disclosure Statement, COMTA is a Committee within the body of AMTA, as it's accreditation arm. AMTA partially funds COMTA. COMTA is simply a part of AMTA. COMTA is not separately incorporated. AMTA is a <u>not for profit, non-stock association</u> incorporated in Delaware. In defendants' answer to plaintiff's

complaint dated November 26, 2002, in response to Count Four, Paragraph 43, the defendants denied the allegation, but stated that COMTA discloses to each accreditation applicant that they are an independent, non-profit accreditation agency, which relates to their requirements with the United States Department of Education's separate and independent status relating to opposing organizations, and COMTA is an affiliate of AMTA, a registered non-profit association in the state of Illinois. There exists no parent corporation. It is the defendants' position that they did not need to execute the Disclosure Statement for reasons already discussed in that AMTA is not COMTA's parent corporation. In fact, the plaintiff has filed a motion to join in additional parties as defendants on September 29, 2003 for AMTA, American Massage Therapy Association, and in addition, Connecticut Center for Massage Therapy, Inc., CCMT. The plaintiffs had now potentially moved to join the appropriate party as the AMTA, American Massage Therapy Association.

    The defendants respectfully request that the Motion for Default for Failure to Make Disclosure Statement be opened for good cause shown in that, again, the defendants did not receive a copy of said motion in order to respond. In addition, the defendants contest the allegations made by the plaintiffs in their original complaint and do have a Prima Facie meritorious defense.

DEFENDANT
COMTA, ET AL.,

By: _____
Royce L. Vehslage
Federal Bar #18006
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067
(860)513-3760

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 21st day of November, 2003, to the following counsel of record and pro se parties:

Attorneys for Plaintiffs, Galen Institute
Thomas Amato
357 East Center Street
Manchester, CT 06040

Attorneys for Plaintiff, Jim Lattanzio
Jim Lattanzio
Pro Se
Galen Institute
1025 Silas Deane Highway
Wethersfield, CT 06109

_____
Royce L. Vehslage