FILED

Feb 20  3 06 PM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC, and JIM LATTANZIO | : | |
| Plaintiff | : | CASE NUMBER: 3:02CV1232-PCD |
| | : | |
| vs. | : | |
| | : | |
| COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF, Individually and as Executive Director of COMTA | : | February 20, 2004 |
| Defendant. | | |

### DEFENDANT'S (COMTA) DISCLOSURE STATEMENT

The defendant COMTA is a Committee within the body of AMTA, as it's accreditation arm. AMTA is a <u>not for profit, non-stock association</u> incorporated in Delaware. AMTA partially funds COMTA. COMTA is simply a part of AMTA. COMTA is not an incorporated entity, therefore the defendant files this disclosure to meet the Court's order of February 6, 2004, but maintains the position that such a disclosure is not required under normal circumstances as COMTA is not a "nongovernmental corporate

party" as referred to in the Court's "Order Re: Disclosure Statement.

DEFENDANT
COMTA, ET AL.,

By: _____
Royce L. Vehslage
Federal Bar #18006
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067
(860)513-3760

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, this 20th day of February, 2004, to the following counsel of record and pro se parties:

>Attorneys for Plaintiffs, Galen Institute
>Thomas Amato
>357 East Center Street
>Manchester, CT 06040
>
>Attorneys for Plaintiff, Jim Lattanzio
>Jim Lattanzio
>Pro Se
>Galen Institute
>1025 Silas Deane Highway
>Wethersfield, CT 06109

_____
Royce L. Vehslage