FILED

FEB 26  2 17 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GALEN INSTITUTE, LLC, and JIM LATTANZIO<br>    Plaintiff | :<br>:  CASE NUMBER:<br>:  3:02CV1232-PCD<br>: |
| vs. | :<br>: |
| COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF, Individually and as Executive Director of COMTA<br>    Defendant. | :  FEBRUARY 25, 2004<br>:<br>: |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned hereby moves this Honorable Court to allow him to withdraw his Appearance that was filed on behalf of the Defendants in this action on August 27, 2002 and in support thereof, the undersigned represents:

1. That he filed an appearance on behalf of the defendants on August 27, 2002 while an employee with the law firm of Genovese, Vehslage & Chapman.

2. As of December 19, 2003 the undersigned is no longer employed with said law firm and therefore will not be able to continue to represent the defendants.

3. Attorney Royce Vehslage of Genovese, Vehslage & Chapman also filed an appearance on behalf of these same defendants on August 27, 2002 and will continue to represent them.

4.	The parties I have represented in this matter, COMTA and Carol Ostendorf have received actual notice of this motion (see attached return receipt) and I am further aware that Attorney Vehslage has discussed the matter of my withdrawal with Ms. Ostendorf.

Based upon the foregoing, the undersigned hereby moves the Court to grant this motion and allow the undersigned to withdraw his Appearance herein.

						DEFENDANTS
						COMTA, ET AL.,


				By:	_____
						Gregory J. Curtin
						Federal Bar # 10877
						Law Offices of Gregory J. Curtin
						P.O. Box 26094
						West Haven, CT  06516
						(203)934-2096, ext. 130



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Metro Taxi
PO Box 26094
65 Industry Dr.
West Haven, CT 06516

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Commission on Massage
   Therapy
   820 Davis St
   Evanston, IL 60201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7001 2510 0000 0520 5534

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381