## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JIM LATTANZIO, ET AL. | : | |
| | : | |
| VS. | : | CASE NO. 3:02CV1232 (PCD) |
| | : | |
| COMMISSION ON MASSAGE THERAPY | : | |
| ACCREDITATION (COMTA), ET AL. | : | |

## ENDORSEMENT ORDER

The Motion to Withdraw Appearance, document no. 43, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 2nd day of March, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court