HONORABLE ___ PCD (ovmhrg (January 10, 2002))

DEPUTY CLERK P Villano RPTR/ERO TAPE Sherman

TOTAL TIME: ____ hours ____ minutes

DATE 3/4/04   START TIME 9:35a   END TIME 10:00

LUNCH RECESS FROM ____ TO ____

RECESS FROM ____ TO ____ (if more than 1/2 hour)

Galen Inst.   CIVIL NO: 3:02cv1232

PCD

vs.

ComTA, et al

Jim Lattanzio pro se
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Bruce Newsage
Defendant's Counsel

## COURTROOM MINUTES - CIVIL (check one box)

| | | |
|---|---|---|
| ☐ (mhrg) Motion Hearing | ☐ (confmhrg.) Confirmation Hearing | ☑ (shwhrg.) Show Cause Hearing |
| ☐ (contmphrg.) Contempt Hearing | ☐ (evidhrg.) Evidentiary Hearing | ☐ (jamdbexam.) Judgment Debtor Exam |
| ☐ (pchrg.) Probable Cause Hearing | ☐ (fairhrg.) Fairness Hearing | ☐ (stlmthrg.) Settlement Hearing |
| ☑ (mischrg.) Miscellaneous Hearing | | |

MOTION
DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☑ | # | Motion Hrg as to Imposition of Sanctions | ☑ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due ____   ☐ Proposed Findings due ____   ☐ Response due ____

| | |
|---|---|
| | ☐ filed ☐ docketed |
| | ☐ filed ☐ docketed |
| | ☐ filed ☐ docketed |
| | ☐ filed ☐ docketed |
| | ☐ filed ☐ docketed |
| | ☐ filed ☐ docketed |
| | ☐ filed ☐ docketed |
| | ☐ filed ☐ docketed |
| | ☐ filed ☐ docketed |
| | ☐ filed ☐ docketed |

Hearing continued until ____ at ____