UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE LLC, ET AL ) | |
| ) | CASE NO. 3:02CV1232 (PCD) |
| PLAINTIFFS ) | |
| ) | PLAINTIFFS TRIAL |
| vs. ) | PREPARATION ORDER |
| ) | |
| COMMISSION ON MASSAGE THERAPY ) | SECTION A |
| ACCREDITATION (COMTA), ET AL ) | |
| DEFENDANTS ) | MARCH 19, 2004 |

Note: in complying with this order, paragraphs have been ended at or prior to end of page and next started at beginning of next page so as to allow additional pages as responses to be inserted if needed. There are 17 original pages to this section A.

### CERTIFICATION OF SERVICE

This is to certify that on MARCH 19, 2004, a copy of the "Trial Preparation Order, Section A," was served upon the counsel for the defendants in this matter, via Fax Transmission and then via First Class US Mail, Postage paid and that separate certification was also mailed via First Class US Mail, Postage paid to the US District Court, New Haven Ct.

TO: Counsel for all defendants

Royce Vehslage
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067

By
Jim Lattanzio, pro se

*/s/ James Lattanzio*
Jim Lattanzio,