UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 31  9 12 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| GALEN INSTITUTE, LLC, and JIM LATTANZIO<br>    Plaintiff | :<br>:  CASE NUMBER:<br>:  3:02CV1232-PCD |
| vs. | : |
| COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF, Individually and as Executive Director of COMTA<br>    Defendant. | :  MARCH 29, 2004 |

### CERTIFICATION OF SERVICE

This is to certify that on March 29, 2004, via First Class US Mail, postage paid, and via facsimile, the defendants have served Section B of the Trial Preparation Memorandum in this matter on the following parties:

    Attorney for Plaintiff, Galen Institute
    Thomas Amato
    357 East Center Street
    Manchester, CT  06040

    Jim Lattanzio, Pro Se
    Galen Institute
    1025 Silas Deane Highway
    Wethersfield, CT  06109

                                    DEFENDANTS
                                    COMTA, ET AL.,

                              By: _____
                                    Royce L. Vehslage
                                    Federal Bar #18006
                                    Genovese, Vehslage & Chapman
                                    500 Enterprise Drive
                                    Rocky Hill, CT  06067
                                    (860)513-3760