UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC and <br> JIM LATTANZIO, <br> Plaintiffs, | : <br> : <br> : <br> : |
| v. | : Civ. No. 3:02cv1232 (PCD) |
| COMTA, Commission on Massage Therapy <br> Accreditation, and CAROLE <br> OSTENDORF, Individually and as <br> Executive Director of COMTA, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : |

### EXPEDITED BRIEFING ORDER

Defendants have moved to preclude Plaintiffs' expert witness and certain documentary evidence [Doc. No. 49]. Plaintiffs are hereby ORDERED to file an opposition memorandum on or before April 20, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, April 8, 2004.

Peter C. Dorsey
United States District Judge