

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, and JIM LATTANZIO : | |
| Plaintiff : | CASE NUMBER: |
| : | 3:02CV1232-PCD |
| vs. : | |
| COMTA, Commission on Massage Therapy : | April 13, 2004 |
| Accreditation and CAROLE OSTENDORF, | |
| Individually and as Executive Director of | |
| COMTA | |
| Defendant. | |

### DEFENDANT'S (COMTA) DISCLOSURE STATEMENT

The defendant COMTA was a Committee within the body of AMTA (American Massage Therapy Association), as it's accreditation arm. AMTA is a <u>not for profit, non-stock association</u> incorporated in Delaware. AMTA is not publicly held. On March 1, 2004 COMTA became an incorporated entity, under the laws of the State of Illinois. COMTA is not a publicly held corporation and no publicly held corporation holds 10% or more of its stock. Although COMTA does not consider AMTA to be its parent corporation, the defendant files this amended disclosure to meet the spirit behind the need for the Disclosure Statement.

DEFENDANT
COMTA,

By: _____
Royce L. Vehslage
Federal Bar #18006
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067
(860)513-3760

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 13th day of April, 2004, to the following counsel of record and pro se parties:

Attorneys for Plaintiffs, Galen Institute
Thomas Amato
357 East Center Street
Manchester, CT 06040

Attorneys for Plaintiff, Jim Lattanzio
Pro Se
Jim Lattanzio
Galen Institute
1025 Silas Deane Highway
Wethersfield, CT 06109

_____
Royce L. Vehslage