FILED
Apr 14  1 57 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GALEN INSTITUTE, LLC ET AL.      :      DOCKET NO. 3:02CV1232-PCD

v.                               :

COMTA ET AL.                     :      APRIL 9, 2004

MOTION FOR PROTECTIVE ORDER

The plaintiffs in the above-entitled action hereby move, pursuant to Federal Rule of Civil Procedure 26(c), for a protective order in the form attached hereto.

The defendants, after having reviewed an initial draft of the proposed protective order, and having proposed certain amendments thereto, consent to the entry of said protective order, which draft order incorporates said proposals.

Galen Institute, LLC

By_____
Thomas A. Amato
357 East Center Street
Manchester, CT 06040
Federal bar number ct14221
Its Attorney

This is to certify that on April 13, 2004 a copy of the foregoing Motion was mailed to all counsel and pro se parties of record, particularly:

Royce L. Vehslage
500 Enterprise Drive
Rocky Hill, CT 06067

James J. Lattanzio, Jr.
1025 Silas Deane Highway
Wethersfield, CT 06109

_____
Thomas A. Amato