UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC, ET AL. | : | |
| | : | |
| VS. | : | CASE NO. 3:02CV1232 (PCD) |
| | : | |
| COMMISSION ON MASSAGE THERAPY ACCREDITATION (COMTA), ET AL. | : | |
| | : | |

## ENDORSEMENT ORDER

The Motion for Protective Order, document no. 54, is GRANTED. The protective order is adopted with the terms as set forth by the parties.

SO ORDERED.  Dated at New Haven, Connecticut, this 16th day of April, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court