UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GALEN INSTITUTE, LLC ET AL.      :      DOCKET NO. 3:02CV1232-PCD

v.                               :

COMTA ET AL.                     :      APRIL 16, 2004

MOTION FOR PERMISSION TO
DISCLOSE EXPERT WITNESS

The plaintiffs in the above-entitled action hereby move, pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), for permission to disclose Chris Folkers as an expert witness in said action.

The factual chronology and discussion pertaining to this motion are set forth in the accompanying Memorandum of Law in Opposition to Motions for Preclusion of Expert Witness and Documentary Evidence and of Damages Evidence, of even date.

Galen Institute, LLC

By _____
Thomas A. Amato
357 East Center Street
Manchester, CT 06040
Telephone (860) 643-0318
Federal bar number ct14221
Its Attorney

This is to certify that on April 16, 2004 a copy of the foregoing Motion was mailed to all counsel and pro se parties of record, particularly:

Royce L. Vehslage
500 Enterprise Drive
Rocky Hill, CT 06067

James J. Lattanzio, Jr.
1025 Silas Deane Highway
Wethersfield, CT 06109

_____
Thomas A. Amato

2