UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE LLC, ET AL<br><br>PLAINTIFFS<br><br>vs.<br><br>COMMISSION ON MASSAGE THERAPY ACCREDITATION (COMTA), ET AL<br>DEFENDANTS | CASE NO. 3:02CV1232 (PCD)<br><br>PLAINTIFFS PRE TRIAL DISCLOSURES AND DAMAGE ANALYSES<br><br>APRIL 27, 2004 |

FILED
Apr 29  2 26 PM '04
NEW HAVEN, CONN.

## CERTIFICATION OF SERVICE TO COURT

This is to certify that on APRIL 27, 2004, the above disclosure consisting of 2001, 2002 business financials, damage analyses and students lost, was served upon the counsel for the defendants in this matter via First Class US Mail, Postage paid and that this separate certification was also mailed via First Class US Mail, Postage paid to the US District Court, New Haven Ct.

TO: Counsel for all defendants

Royce Vehslage
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067

By
Jim Lattanzio, pro se

*[signature]*
Jim Lattanzio,

3