**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

COURT TRIAL CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 Church Street
New Haven
Courtroom #1

NOTICE TO COUNSEL

Subject to jury trials, trial of the following court cases shall commence on or after October 12, 2004, upon notice to counsel by Patricia A. Villano, Deputy Clerk, of the actual date of trial. The parties in all cases shall be prepared to proceed upon 24 hours notice. Parties may inquire of the Deputy Clerk as to the status of the list at any time.

Problems with the trial of any case shall be discussed among all counsel and any request shall be made to the Court at the earliest possible time, in writing, and setting forth the result of such consultation and good cause for any request.

The parties shall discuss settlement of their case and report to Deputy Clerk Patricia A. Villano as soon as possible @ (203)773-2427, whether a conference sponsored by the Court is reasonably likely to be productive of settlement.

PETER C. DORSEY, SENIOR JUDGE
UNITED STATES DISTRICT COURT

CASE NO. 3:02 cv 1232 (PCD) Galen Inst. LLC vs. COMTA, et al

### COUNSEL OF RECORD

| | |
|---|---|
| Thomas A. Amato, Esq. | 357 East Center St., Manchester, CT 06040<br>860-643-0318 |
| Jim Lattanzio | Galen Institute, LLC., 1025 Silas Deane Hwy.,<br>Wethersfiled, CT 06109 |
| Gregory J. Curtin, Esq.<br>Royce L. Vehslage, Esq. | Genovese, Vehslage & LaRose,<br>500 Enterprise Dr., Rocky Hill, CT 06067-4053<br>860-513-3760 |

CASE NO. 3:02 cv 1394 (PCD) USA vs. $144,313.77, et als

### COUNSEL OF RECORD

| | |
|---|---|
| David X. Sullivan, AUSA<br>Julie G. Turbert, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl.,<br>P.O. Box 1824, New Haven, CT 06510<br>203-821-3700 |
| Robert N. Rothberg, Esq. | Graubard & Miller, 600 Third Ave.,<br>New York, NY 10016<br>212-818-8750 |
| Shelley R. Sadin, Esq. | Zeldes, Needle & Cooper, P.O. Box 1740,<br>1000 Lafayette Blvd., Bridgeport, CT 06601-1740<br>203-333-9441 |
| Jeffrey M. Sklarz, Esq. | Zeisler & Zeisler, P.C., P.O. Box 3186,<br>558 Clinton Ave.<br>Bridgeport, CT 06605-0186<br>203-368-4234 |

<u>CASE NO. 3:03 cv 556 (PCD) Thomas K. Verdock vs. Emsar, Inc., et als</u>

COUNSEL OF RECORD

| | |
|---|---|
| Andrew Houlding, Esq. | Rome, McGuigan & Sabanosh, One State St., 13th Floor, Hartford, CT 06103-3101 860-549-1000 |
| Christian A. Grenier, Esq.<br>Conrad S. Kee, Esq.<br>Daniel Green, Esq.<br>David P. Powilatis, Esq. | Jackson & Lewis, LLP, 177 Broad St., P.O. Box 251, Stamford, CT 06904-0251 203-961-0404 |
| Tasos C. Paindiris, Esq. | Jackson & Lewis, 55 Farmington Ave., Suite 1200, Hartford, CT 06105 860-522-0404 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK