UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JIM LATTANZIO, AT EL PLAINTIFFS | 2005 JAN -7 A 10: 38 ) ) U.S. DISTRICT COURT ) NEW HAVEN, CT ) ) ) ) ) ) ) | CASE NO. 3:02CV1232 (PCD) MOTION TO VACATE STAY AND REQUEST THAT THIS MATTER BE SCHEDULED FOR TRIAL |
| vs. | | |
| COMMISSION ON MASSAGE THERAPY ACCREDITATION (COMTA), ET AL DEFENDANTS | | JANUARY 01, 2005 |

Now comes the plaintiff Jim Lattanzio in the above-captioned matter and hereby moves this Honorable Court to vacate the temporary stay that he requested on November 15 and that was subsequently granted by this Court, and further requests that this matter be scheduled for trial. As reasons thereof this plaintiff represents the following:

1. The agreement to discuss settlement expired on December 31, 2004;

2. Defendants AMTA/COMTA, and through their Illinois counsel exhibited extreme bad faith throughout the settlement period;

3. Defendants AMTA/COMTA, and through their Illinois counsel intentionally misrepresented their ultimate intentions in proposing said agreement to obtain a stay;

4. No "attractive" settlement offer was ever proffered and plaintiff believes that none was ever intended to be offered by defendants.

Therefore, this plaintiff respectfully asks this Court to vacate the temporarily stay and schedule this matter for trial, pursuant to this Courts 24 hour trial notice.

BY
JIM LATTANZIO, PRO SE

Jim Lattanzio, pro se
1025 Silas Deane Highway
Wethersfield, CT 06109
Ph: (860) 721-1904