# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

**APPEARANCE**  2005 FEB 11  P 1: 54

U.S. DISTRICT COURT
NEW HAVEN CT

CASE NUMBER: 3:02 cv 1232 (PCD)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: COMTA, Commission on Massage Therapy Accreditation and Carole Ostendorf, Individually and as Executive Director of COMTA

| | |
|---|---|
| 2/9/05 | |
| Date | Signature |
| 19876 | Stephen P. Brown |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (203) 564-1900 | Wilson, Elser, Moskowitz, et al. |
| Telephone Number | Address |
| (203) 564-1742 | One Stamford Plaza, 263 Tresser Blvd. |
| Fax Number | |
| browns@wemed.com | Stamford, CT 06901 |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See the attached.

                                                   Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

Thomas A. Amato
357 East Center Street
Manchester, CT  06040

Jim Lattanzio
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT  06109

Royce L. Vehslage
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067-4053

856872.1