# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:02 CV 1232 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: COMTA, Commission on Massage Therapy Accreditation and Carole Ostendorf, Individually and as Executive Director of COMTA

2/9/05
Date

_____
Signature

13100
**Connecticut Federal Bar Number**

Brian Del Gatto
Print Clearly or Type Name

(203) 564-1900
**Telephone Number**

Wilson Elser Moskowitz, et al.
Address

(203) 564-1742
**Fax Number**

One Stamford Plaza, 263 Tresser Blvd.

delgattob@wemed.com
**E-mail address**

Stamford, CT  06901

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See the attached.

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

Thomas A. Amato
357 East Center Street
Manchester, CT 06040

Jim Lattanzio
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT 06109

Royce L. Vehslage
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

856872.1