**FILED**

2005 FEB 14  P 2: 07

UNITED STATES DISTRICT COURT DISTRICT COURT
DISTRICT OF CONNECTICUT  NEW HAVEN, CT

| | |
|---|---|
| GALEN INSTITUTE, LLC, and JIM LATTANZIO<br>　　　　Plaintiff | CASE NUMBER:<br>3:02CV1232-PCD |
| vs. | |
| COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF, Individually and as Executive Director of COMTA<br>　　　　Defendant. | FEBRUARY 11, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves this Honorable Court to allow him to withdraw his Appearance, which was filed on behalf of the Defendants COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF in this action on August 30, 2002. In support hereof, the undersigned represents:

1. That the firm which employs Attorney Vehslage is a staff counsel firm for Fireman's Fund Insurance and Fireman's Fund recently announced that it will be closing the firm in which Attorney Vehslage is employed, effective February 25, 2005.

2. As of February 25, 2005, the undersigned will no longer be employed with said law firm and therefore will not be able to continue to represent this defendant.

3. Attorney Brian Del Gatto of the firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 263 Tresser Boulevard, One Stamford Plaza, 9th Fl., Stamford, CT 06901 has filed his appearance on behalf of this defendant on February 9, 2005.

4. That Fireman's Fund Insurance continues to provide for the defense of this defendant by way of the firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP.

5. The party that I have represented in this matter has received notice of my intention to withdraw my appearance by way of both letter explaining the withdrawal, as well as, a copy of this motion. (See attached 'green card' evidencing the client's receipt of the motion via certified mail, pursuant to Local Rule 7 (e).)

Based upon the foregoing, the undersigned hereby moves this Honorable Court to grant this Motion and allow the undersigned to withdraw his Appearance herein.

By: _____
Royce L. Vehslage
Federal Bar #: 18006
VEHSLAGE, CHAPMAN & CARTIER
500 Enterprise Drive
Rocky Hill, CT 06067
(860) 513-3760

## CERTIFICATION

This is to certify that a copy o the foregoing was postage prepaid on this 11th day of February, 2005 to the following counsel of record:

    Attorneys for Plaintiffs, Galen Institute
    Thomas Amato
    357 East Center Street
    Manchester, CT  06040

    Attorneys for Plaintiff, Jim Lattanzio
    Jim Lattanzio
    Pro Se
    Galen Institute
    1025 Silas Deane Highway
    Wethersfield, CT  06109

    Brian Del Gatto, Esq.
    Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    One Stamford Plaza
    263 Tresser Boulevard, 9th Floor
    Stamford, CT  06901

_____
Royce L. Vehslage

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Steve Fridley
   OOMTA
   1807 Church St.
   Evanston, IL 60201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Carol Richardson
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

   7003 2260 0007 2741 5972

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540