UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, AND JIM LATTANZIO<br>　　　　Plaintiff<br>VS.<br><br>COMTA, COMMISSION ON MASSAGE THERAPY<br>ACCREDITATION AND CAROLE OSTENDORF,<br>INDIVIDUALLY AND AS EXECUTIVE DIRECTOR OF<br>COMPTA<br>　　　　Defendant | CASE NUMBER<br>3:02CV1232-PCD<br><br><br><br><br>MARCH 8, 2005 |

### **DEFENDANTS' MOTION FOR EXTENSION OF TIME**

The Defendants hereby move this court for an extension of time as to the March 16, 2005 exposure date for trial (Doc. No. 65). The undersigned counsel recently assumed the defense of this matter and its appearances were entered by the court on February 14, 2005. A correspondence dated February 9, 2005 (attached as Exhibit A) was forwarded to the court regarding the same. The undersigned counsel moves the court for an extension of sixty (60) days time to allow the undersigned counsel a reasonable time for trial preparation.

Further, on January 13, 2005 the Plaintiff filed a related action, Case No. 3:05CV00082-JCH, Lattanzio v. American Massage Therapy Assoc., Inc., which complaint names among others, the herein Defendants. As both cases concern related issues/allegations and will depend upon many, if not all, of the same witnesses, <u>who are all located out of state</u>, an extension of time with respect to the exposure date for trial will enable the undersigned to determine whether a motion should be filed to consolidate the cases for purposes of judicial economy.

869609.1

Counsel for the undersigned has called and corresponded to Plaintiffs; Pro Se Plaintiff Jim Lattanzio has declined to agree to this request and counsel for Galen Institute, LLC has not indicated his position with respect to this request.

In addition to the above, the undersigned counsel has a family vacation planned for the entire week of March 14, 2005. This vacation was already planned for and scheduled prior to the undersigned counsel assuming the defense of this matter.

This is the undersigned counsel's first request for an extension of time in this regard and based upon the foregoing, respectfully requests that the court grants said extension.

THE DEFENDANTS,
COMTA, COMMISSION ON MASSAGE THERAPY ACCREDITATION AND CAROLE OSTENDORF, INDIVIDUALLY AND AS EXECUTIVE DIRECTOR OF COMPTA

By: _____
Brian Del Gatto, Esq.
Federal Bar #13100
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
One Stamford Plaza
263 Tresser Blvd. 9th Floor
(203) 564-1900
File No. 08739.00002

869609.1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 8th day of March 2005 to the following counsel of record and pro se parties:

Thomas Amato, Esq.
357 East Center Street
Manchester, CT 06040
**Attorney for Galen Institute, LLC**
**Fax:** (860) 643-2725


Jim Lattanzio
Galen Institute
1025 Silas Deane Highway
Wethersfield, CT 06109
**Pro Se**
**Fax:** (860) 423-8707

_____
Brian Del'Gatto, Federal Bar #13100

869609.1