# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

One Stamford Plaza, 263 Tresser Boulevard, 9th Floor, Stamford, CT 06901
Tel: (203) 564-1900   Fax: (203) 564-1742

*New York• Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY
Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London
Affiliate Offices:  Paris • Berlin • Cologne • Frankfurt • Munich*

—

www.wemed.com

February 9, 2005

Honorable Peter C. Dorsey
United States Courthouse
141 Church Street
New Haven, CT 06518

> Re:   Galen Institute, LLC, et al v. COMTA, et al
> Case #        :        3:02-cv-01232-PCD
> Our File No.  :        08742.00003

Dear Judge Dorsey:

Please be advised that the undersigned counsel has recently assumed the defense of COMTA and Carole Ostendorf in the above-referenced matter.  We have mailed our appearances for filing today.  We understand that this matter can be called for trial at any time.  In light of our most recent appointment as defense counsel, we respectfully request that a conference be held with your Honor and all parties to address the trial status of this matter and to select a definite date that will provide the undersigned counsel a reasonable time for trial preparation.

Thank you.

Sincerely,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Brian Del Gatto

cc:   Thomas A. Amato
      357 East Center Street
      Manchester, CT 06040
      For:  Plaintiff, Galen Institute, LLC

      Jim Lattanzio
      Galen Institute, LLC
      1025 Silas Deane Highway
      Wethersfield, CT 06109
      Pro se Plaintiff

      Royce L. Vehslage
      Genovese, Vehslage & LaRose
      500 Enterprise Drive
      Rocky Hill, CT  06067
      For:  COMTA and Carole Ostendorf

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
856809.1