6. The profits (to include insurance payments) of each defendant AMTA, Inc and TCOMTA, Inc, SHW and VCC as allowed for in the Connecticut and Illinois unfair trade acts and as allowed for under Illinois common law unfair competition.

7. All plaintiffs' costs (including equivalent to attorney's fees) of bringing this Suit.

8. That the Court promptly investigate my allegations of "fraud upon a Court and USPTO," "violation of ethics," "subornation of perjury," "witness tampering" and any other improper or illegal act that the Court may infer has been committed by any one of or all defendants, and if substantiated or found accurate;

    a. Suspend bar privileges of any or all attorneys to practice in Federal Court.
    b. Submit an opinion to each State Bar that said attorneys practice law in.
    c. Levy appropriate monetary sanctions on any or all attorneys and law firms.
    d. If these acts rise to the level of criminal conduct, recommend such charges to the U.S. Attorney or prosecutor as this plaintiff agrees to testify.

9. That the Court report or recommendation be furnished to the Internal Revenue Service and a request that the 501 status of both AMTA, Inc and TCOMTA, Inc be revoked for improper use.

10. That the Court report or recommendation be furnished to the Secretaries of the States of Delaware and Illinois requesting that the Secretaries take legal action to dissolve both AMTA, Inc and TCOMTA, Inc as legal corporations for improper use of a not for profit corporation.

11. Such other relief as this Court may deem proper and equitable.

12. That this matter be claimed for jury trial.

Respectfully Submitted,

JAMES LATTANZIO, PRO SE

*[signature]*

Dated: FEB 9, 2005

James Lattanzio
344 Scotland Road
Windham CT 06280
860.423.8707