# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

COURT TRIAL CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 Church Street
New Haven
Courtroom #1

## NOTICE TO COUNSEL

Subject to jury trials, trial of the following court cases shall commence on or after April 26, 2005, upon notice to counsel by Patricia A. Villano, Deputy Clerk, of the actual date of trial. The parties in all cases shall be prepared to proceed upon 24 hours notice. Parties may inquire of the Deputy Clerk as to the status of the list at any time.

Problems with the trial of any case shall be discussed among all counsel and any request shall be made to the Court at the earliest possible time, in writing, and setting forth the result of such consultation and good cause for any request.

The parties shall discuss settlement of their case and report to Deputy Clerk Patricia A. Villano as soon as possible @ (203)773-2427, whether a conference sponsored by the Court is reasonably likely to be productive of settlement.

PETER C. DORSEY, SENIOR JUDGE
UNITED STATES DISTRICT COURT

CASE NO. 3:02 cv 1232 (PCD) Galen Inst. LLC vs. COMTA, et al

COUNSEL OF RECORD

| | |
|---|---|
| Thomas A. Amato, Esq. | 357 East Center St., Manchester, CT 06040<br>860-643-0318 |
| Jim Lattanzio | Galen Institute, LLC., 1025 Silas Deane Hwy.,<br>Wethersfiled, CT 06109 |
| Gregory J. Curtin, Esq.<br>Royce L. Vehslage, Esq. | Genovese, Vehslage & LaRose,<br>500 Enterprise Dr., Rocky Hill, CT 06067-4053<br>860-513-3760 |

CASE NO. 3:03 cv 5 (PCD) Directv, Inc. vs. Carla Crawley, et als

COUNSEL OF RECORD

| | |
|---|---|
| Matthew Dallas Gordon, Esq. | 406 Farmington Ave., Farmington, CT 06032<br>860-676-7756 |
| Susan E. Malliet, Esq. | Skelley & Rottner, P.O. Box 340890,<br>Hartford, CT 06134-0890<br>860-561-7077 |
| Carla Crawley | 19 Ann Ave., Uncasville, Ct 06382<br>860-367-0360 |
| Rose Marie Boyd | 37 Colonial Dr., Waterford, CT 06385<br>860-442-1371 |

CASE NO. 3:04 cv 771 (PCD) Charles Burke vs. Frank Mormino

COUNSEL OF RECORD:

| | |
|---|---|
| Jon L. Schoenhorn, Esq. | Law Offices of Jon L. Schoenhorn, 97 Oak St.,<br>Hartford, CT 06106    860-278-3500 |
| Michelle N. Holmes, Esq.<br>Scott M. Karsten, Esq. | Sack, Spector & Karsten,<br>836 Farmington Ave., #221,<br>West Hartford, CT 06119-1544<br>860-233-8251 |

CASE NO. 3:04 cv 1053 (PCD) Karl Sundstrom, et al vs. Outsourcing Today LLC

COUNSEL OF RECORD:

| | |
|---|---|
| John B. Kaiser, Esq. | 1261 Post Rd., Fairfield, CT 06824<br>203-319-0800 |
| A. Michael Weber, Esq.<br>Domenique Camacho, Esq. | Littler Mendelson, 885 Third Ave., 16th Fl.,<br>New York, NY 10022    212-583-9600 |
| Mitchell L. Fishberg, Esq. | Brown, Raysman, Millstein, Felder & Steiner,<br>Cityplace II, 185 Asylum St.,<br>Hartford, CT 06103    860-275-6400 |
| Thomas C. Greble, Esq. | Brown, Raysman, Millstein, Felder & Steiner,<br>900 Third Ave., New York, NY 10022<br>212-895-2380 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK