UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES LATTANZIO : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 3:02-CV-1232 (PCD) |
| COMTA, Commission on Massage Therapy : | |
| Accreditation and CAROLE OSTENDORF, : | |
| Individually and as Executive Director of COMTA : | APRIL 18, 2005 |

## APPEARANCE

To the Clerk of this court and all parties of record, please enter my appearance in this case for defendants COMTA, Commission on Massage Therapy Accreditation and CAROLE OSTENDORF, Individually and as Executive Director of COMTA.

*[signature]*

Douglas M. Connors, Esq. (CT 18324)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
Phone: (203) 564 1900
Fax: (203) 564-1742
File No.: 08741.00016

899280.1

## CERTIFICATE OF SERVICE

      This is to certify that on this 18th day of April, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

Thomas A. Amato
357 East Center Street
Manchester, CT  06040

Jim Lattanzio
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT  06109

                                                               _____
                                                                Douglas M. Connors

899280.1