UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bench Trial Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

May 3, 2005 - Trial to Commence

11:00 A.M.

CASE NO.   3:02 cv 1232 (PCD)   Galen Inst., LLC, et al vs. COMTA, et als

    Bench Trial Commences

COUNSEL OF RECORD:

| | |
|---|---|
| Thomas A. Amato, Esq. | 357 East Center St., Manchester, CT 06040<br>860-643-0318 |
| Jim Lattanzio | Galen Institute, LLC., 1025 Silas Deane Hwy.,<br>Wethersfield, CT 06109 |
| Brian Del Gatto, Esq.<br>Stephen Brown, Esq. | Wilson, Elser, Moskowitz, Edelman & Dicker,<br>One Stamford Plaza, 263 Tresser Blvd., 9th Fl.,<br>Stamford, CT 06901      203-564-1900 |
| Douglas M. Connors, Esq. | Law Offices of George J. DuBorg,<br>200 Glastonbury Blvd., Suite 301,<br>Glastonbury, CT 06033     860-633-4797 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK