UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:
:
GALEN INSTITUTE, LLC and     :
    JIM LATTANZIO, ET AL.    :
       *Plaintiffs*            :
:
VS.                          :    Case No. 3:02-CV-1232 (PCD)
:
COMTA, Commission on Massage Therapy :
    Accreditation, and CAROLE   :
    OSTENDORF, Individually and as :
    Executive Director of COMTA,  :
       *Defendants*.           :    May 5, 2005
:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPEARANCE

Please enter my appearance on behalf of Connecticut Center for Massage Therapy, Inc. in the above-captioned matter.

                           RESPECTFULLY SUBMITTED,
                           Connecticut Center for Massage Therapy, Inc.


                           By:_____
                              Lawrence G. Rosenthal
                              Paul B. Zolan
                              Federal Bar No. ct04117

## **CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was electronically filed with the U.S. District Court and sent via facsimile on this 5th day of May, 2005 to the following:

Mr. Jim Lattanzio
c/o Galen Institute LLC
1025 Silas Deane Highway
Wethersfield, CT  06109
*Phone 860-721-1904*
*Facsimile 860-257-4514*

Thomas A. Amato, Esq.
357 East Center Street
Manchester, CT  06040
*Phone 860-643-0318*
*Facsimile 860-643-2725*

Stephen P. Brown, Esq.
Douglas M. Connors, Esq.
Brian Del Gatto, Esq.
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza, 263 Tresser Boulevard
Stamford, CT  06901
*Phone 203-564-1900*
*Facsimile 203-564-1742*

                                          Lawrence G. Rosenthal
                                          Paul B. Zolan