UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************:
:
GALEN INSTITUTE, LLC and                  :
    JIM LATTANZIO, ET AL.                 :
        *Plaintiffs*                      :
                                          :
VS.                                       :   Case No. 3:02-CV-1232 (PCD)
                                          :
COMTA, Commission on Massage Therapy      :
    Accreditation, and CAROLE             :
    OSTENDORF, Individually and as        :
    Executive Director of COMTA,          :
        *Defendants*.                     :   May 5, 2005
                                          :
*******************************************

## MOTION TO REMOVE NAME AS PARTY

The undersigned represents the Connecticut Center for Massage Therapy, Inc. of 75 Kitts Lane, Newington, Connecticut 06111.

By motion (#25) dated October 17, 2003, plaintiff Jim Lattanzio moved this Court to join in two additional parties, one of which is the Connecticut Center for Massage Therapy, Inc. ("CCMT"). While the motion was granted on January 28, 2004 (#30), no complaint was ever served on CCMT,

- 1 -

and evidently no amended complaint was filed, in accordance with paragraph 5 of the motion dated October 17, 2003. However, a review of the case name on PACER reflects CCMT as a party defendant which is not accurate. Accordingly, CCMT hereby moves the Court to direct the clerk's office to remove the reference to CCMT as a defendant in this matter, both on the written docket sheet and electronically to clarify that no claim is pending against CCMT in this action.

        RESPECTFULLY SUBMITTED,
        Connecticut Center for Massage Therapy, Inc.

By:_____
    Lawrence G. Rosenthal
    Paul B. Zolan
    Federal Bar No. ct04117
    Its attorney

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion was electronically filed with the U.S. District Court and sent via facsimile on this 5th day of May, 2005 to the following:

Mr. Jim Lattanzio
c/o Galen Institute LLC
1025 Silas Deane Highway
Wethersfield, CT  06109
*Phone 860-721-1904*
*Facsimile 860-257-4514*

Thomas A. Amato, Esq.
357 East Center Street
Manchester, CT  06040
*Phone 860-643-0318*
*Facsimile 860-643-2725*

Stephen P. Brown, Esq.
Douglas M. Connors, Esq.
Brian Del Gatto, Esq.
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza, 263 Tresser Boulevard
Stamford, CT  06901
*Phone 203-564-1900*
*Facsimile 203-564-1742*

                              Lawrence G. Rosenthal
                              Paul B. Zolan