# United States District Court

DISTRICT OF **CONNECTICUT**

Galen Inst., LLC, et al
v.
ComTA

Plfs ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:02CV1232(PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| P. C. Dorsey | Thomas Amato | Douglas Connors |
| TRIAL DATE(S) 5/3/05, 5/5, 5/9, 5/10, 5/11, 5/12, 5/16/05 | COURT REPORTER (Ecro) Falcone | COURTROOM DEPUTY P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/3/05 | | | James Lattanzio, Windham, Ct |
| ✓ | | 5/5/05 | | | James Lattanzio |
| ✓ | | 5/9/05 | | | James Lattanzio |
| ✓ | | 5/10/05 | | | James Lattanzio |
| ✓ | | 5/11/05 | | | James Lattanzio |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages