UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GALEN INST., LLC, ET AL

    VS.                                    CIVIL 3:02 cv 1232 (PCD)

COMTA

**PLAINTIFFS' EXHIBITS**

**EXHIBIT NO.**

| | | | |
|---|---|---|---|
| 1 | Full | 5/3/05 | Initial 1999 COMTA Standards and Statements |
| 2 | Full | 5/3/05 | Subsequent 2001 COMTA Standards and Statements |
| 3 | Full | 5/3/05 | Subsequent 2002 COMTA Standards and Statements |
| 11 | Full | 5/3/05 | The 1st Galen "Self Study Report," (SSR) to COMTA |
| 12-1 | Full | 5/3/05 | Exhibits |
| 12-2 | Full | 5/3/05 | Instructor Orientation |
| 13 | Full | 5/5/05 | Communications from COMTA |
| 14A | Full | 5/10/05 | Placement Licensure Chart |
| 15 | Full | 5/5/05 | Revised Galen "Self Study Report" |
| 16 | Full | 5/5/05 | Revised Galen "appendix" |
| 17 | Full | 5/3/05 | Subsequent materials supplied to COMTA during onsite |
| 17A | Full | 5/5/05 | Revised Subsequent material supplied to COMTA during onsite |
| 17B | Full | 5/11/05 | Fax dated 12/18/05 |
| 18 | Full | 5/5/05 | COMTA "evaluation report" regarding site visit |

| | | | |
|---|---|---|---|
| 19 | Full | 5/9/05 | Galen's "reply" to COMTA "evaluation report" |
| 20 | Full | 5/9/05 | Galen's withdrawal communication to COMTA |
| 21 | Full | 5/9/05 | Galen's demand communication to COMTA |
| 22 | Full | 5/9/05 | COMTA reply to Galen's withdrawal communication |
| 23 | Full | 5/9/05 | COMTA's "commission" communications |
| 27 | Full | 5/9/05 | Galen "financial records" during onsite visit |
| 30 | Full | 5/9/05` | Galen "financial records" |
| 32 | Full | 5/10/05 | Communications to & from Dept. Of Public Health |
| 33/34A | Full | 5/3/05 | Communications Dept. Of Higher Ed to DHE |
| 33/34C | Full | 5/3/05 | Correspondence from DHE |
| 33/34D | Full | 5/3/05 | Correspondence from Dept. Of Higher Ed. |
| 46 | ID | 5/9/05 | Galen actual damage analysis documentation |
| 47 | ID | 5/9/05 | Galen's proof of permanent damages |
| 51 | Full | 5/11/05 | Certificate of Liability Insurance |