# United States District Court

DISTRICT OF __CONNECTICUT__

Galen Inst. LLC, et al
v.
Comta

Deft's ~~Exhibit And~~ WITNESS LIST

CASE NUMBER: 3:02cv1232(PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Thomas Amato | Douglas Connors |
| TRIAL DATE(S) | COURT REPORTER (Ecro) | COURTROOM DEPUTY |
| 5/3, 5/5, 5/9, 5/10, 5/11, 5/12, 5/16/05 | Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 5/12/05 |  |  | Brenda Griffith, Richmond, Va. |
|  | ✓ | 5/12/05 |  |  | Dr. John Goss, Chambersville, Pa. |
|  | ✓ | 5/16/05 |  |  | Dr. Carole Ostendorf |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages