UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**GALEN INST., LLC, ET AL**

    **VS.**        **CIVIL 3:02 cv 1232 (PCD)**

**COMTA**

## DEFENDANT'S EXHIBITS

**EXHIBIT NO.**

| | | | |
|---|---|---|---|
| I | Full | 5/16/05 | School catalogue and literature copied at onsite visit |
| L | Full | 5/16/05 | Letter dated 12/01 from Elina Slesinki to COMTA |
| T | Full | 5/16/05 | Massage Discussion Forum |