**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GALEN INSTITUTE, LLC
JIM LATTANZIO
     v.                                       Civil No.  3:02cv1232 PCD

COMTA, COMM ON MASSAGE
THERAPY ACCREDITATION
CAROLE OSTENDORF
AMERICAN MASSAGE THERAPY
ASSOCIATION, INC, (AMTA)

**J U D G M E N T**


This matter came on for a bench trial before the Honorable Peter C. Dorsey, United States District Judge.

On July 28, 2005, a Memorandum of Decision was entered finding judgment in favor of the defendants.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut : August 3, 2005

                               KEVIN F. ROWE, Clerk

                          _____/s/_____
                               Betty J. Torday
                               Deputy Clerk


EOD_____