FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 SEP -2 P 3: 53

DISTRICT COURT

Galen Institute llc

v.

COMTA

CIVIL CASE NO. 3:02cv1232 PCD

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Galen Institute__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

_____

_____

_____

2. The Judgment /Order in this action was entered on __August 3 2005__
(date)

_____Jim Lattanzio_____
Signature

__JIM LATTANZIO__
Print Name

__344 SCOTLAND Rd__

__WINDHAM CT 06280__
Address

Date: __SEPT 2 2005__

__860-423-2487__
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GALEN INSTITUTE, LLC
JIM LATTANZIO
    v.                                      Civil No. 3:02cv1232 PCD

COMTA, COMM ON MASSAGE
THERAPY ACCREDITATION
CAROLE OSTENDORF
AMERICAN MASSAGE THERAPY
ASSOCIATION, INC, (AMTA)

### JUDGMENT

This matter came on for a bench trial before the Honorable Peter C. Dorsey, United States District Judge.

On July 28, 2005, a Memorandum of Decision was entered finding judgment in favor of the defendants.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut : August 3, 2005

                                                    KEVIN F. ROWE, Clerk

                                                    Betty J. Torday
                                                    Deputy Clerk

EOD   8/3/05