# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

2005 DEC 12 P 2: 55

U.S. ... COURT
I ...

Roseann B. MacKechnie
CLERK

| | |
|---|---|
| Date: | 12/2/05 |
| Docket Number: | 05-4800-cv |
| Short Title: | Galen Inst LLC v. COMTA |
| DC Docket Number: | 02-cv-1232 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Peter Dorsey |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 2nd day of December, two thousand five.

Galen Institute, LLC,

    Plaintiff-Appellant,

       v.

COMTA, Comm on Massage Therapy Accreditation, Carole Ostendorf and American Massage Therapy Assoc., Inc., [AMTA] ,

    Defendants-Appellees,

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of United States District Court be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By: Satisha Gibbs
Deputy Clerk

A TRUE COPY
**Roseann B. MacKechnie, CLERK**

by
DEPUTY CLERK

CERTIFIED: DEC - 2 2005

UNITED STATES COURT OF APPEALS
FILED
DEC - 2 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT